2584.   GEORGIA SOUTHERN & FLORIDA RAILWAY CO. *v.* JONES.

HILL, C. J. In a suit to recover damages from a railroad company for killing a cow, the court charged the jury, "If you believe the railroad company was not negligent—did all they could to prevent the killing, under the rules of law given to you, and are not liable therefor, the form of your verdict will be, 'We, the jury, find for the defendant'." The foregoing excerpt was excepted to because the use of the words, "and are not liable therefor," allowed the jury to find against the defendant "although they found it was not negligent and did all it could to prevent the killing of the cow." *Held,* that this criticism is wholly without merit, irrespective of other exceptions that might have been taken. No other error of law being complained of, and the verdict being supported by the evidence, the judgment refusing a new trial is *Affirmed.*

DECIDED JULY 19, 1910.

Appeal; from Turner superior court—Judge Park.   March 18, 1910.

*John B. Hutcheson,* for plaintiff in error.

*R. L. Tipton,* contra.

---

2592.   ALLEN *v.* THE STATE.

RUSSELL, J. Though the evidence is weak and unsatisfactory, it was sufficient to authorize the conviction of the defendant, and the verdict was approved by the trial judge. Proof of the corpus delicti may be sufficient to corroborate a confession, if the jury is satisfied with this degree of corroboration.                    *Judgment affirmed.*

DECIDED JULY 19, 1910.

Accusation of larceny from house; from city court of Blakely—Judge Jordan.   March 21, 1910.

*C. D. Russell, G. D. Oliver,* for plaintiff in error.

*Walter Park, solicitor,* contra.